FREDERICK M. PEASLEY *vs.* THE CONNECTICUT COM-
PANY.

### Third Judicial District.

Submitted on briefs April 10th—decided May 8th, 1913.

ACTION to recover damages for negligently running a trolley-car into and injuring the plaintiff's mule, brought to the Court of Common Pleas in New Haven County and tried to the jury before *Simpson, J.;* at the conclusion of the plaintiff's evidence the defendant rested its case and, by direction of the court, the jury returned a verdict for the defendant, from which the plaintiff appealed. *No error.*

*Arthur F. Ells,* for the appellant (plaintiff).

*Joseph F. Berry,* for the appellee (defendant).

PER CURIAM. The plaintiff failed to establish prima facie the case which he had set up in his complaint, or any cause of action based upon the defendant's negligence.

There is no error.